UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON SMITH,

                Plaintiff,

    -v.-

NJ LABOR SOLUTIONS LLC, HAYDEN MURREN, and ANSON S. BARROW,

                Defendants.

19 Civ. 774 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    Plaintiff received certificates of default for each of the three Defendants on August 12, 2019. (Dkt. #25). The Court held an Order to Show Cause hearing concerning Plaintiff's motion for default judgment on October 29, 2019, at which time it entered default judgment against Defendants. (October 29, 2019 Minute Entry). On November 7, 2019, the Court vacated default judgment as to Defendant Hayden Murren. (Dkt. #40). On June 2, 2020, after having attempted to reach a settlement with Defendant Murren and Defendant NJ Labor Solutions LLC, Plaintiff filed a motion for default judgment as to Defendant Murren and for the entry of a judgment for damages against all Defendants. (Dkt. #53).

    In light of the fact that default judgment has previously been vacated as to Defendant Murren due to his participation in this case (Dkt. #40), Plaintiff is ORDERED to seek a renewed certificate of default as to Defendant Murren on or before June 23, 2020, and thereafter to seek a second Order to Show Cause

hearing as to Defendant Murren. Only then will the Court enter default judgment against Defendant Murren for a second time.

SO ORDERED.

Dated: June 8, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge