UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON SMITH,

Plaintiff,

-v.-

NJ LABOR SOLUTIONS LLC, HAYDEN
MURREN, and ANSON S. BARROW,

Defendants.

19 Civ. 774 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On June 9, 2020, the Court ordered Plaintiff to seek a renewed certificate of default as to Defendant Murren on or before June 23, 2020, and thereafter to seek a second Order to Show Cause hearing as to Defendant Murren. (Dkt. #54). Plaintiff applied for a certificate of default on June 23, 2020, and such certificate was issued on June 24, 2020. (Dkt. #56, 57). Plaintiff is hereby ORDERED to file papers seeking a second Order to Show Cause hearing as to Defendant Murren on or before July 17, 2020.

SO ORDERED.

Dated: July 6, 2020
       New York, New York

KATHERINE POLK FAILLA
United States District Judge